ANDREW R. QUINIO, Cal. Bar No. 288101
Email: AQuinio@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

SAMANTHA R. ROMERO-DREW, Cal. Bar No. 344476
Email: SRomero@pacificlegal.org
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| ERICA JIMENEZ, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> DR. ERICA PAN, in her official capacity as Director of the California Department of Public Health, et al., <br><br> Defendants. | No. 2:26-cv-03500-SPG-SP <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** <br><br><br> Date:  May 13, 2026 <br> Time:  1:30 p.m. <br> Place: Courtroom 5C, 5th Floor <br> Judge: Hon. Sherilyn Peace Garnett <br> Trial Date: Not Set <br> Action Filed: April 2, 2026 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that at 1:30 p.m. on May 13, 2026, or as soon thereafter as possible, in Courtroom 5C of the above-referenced court located at the First Street U.S. Courthouse, 350 W. 1st Street, Los Angeles, CA 90012-4565, Plaintiff Erica Jimenez will, and hereby do, move this Court to grant a preliminary injunction. Pursuant to Federal Rule of Civil Procedure 65(a), prohibiting Defendants from implementing the racial eligibility criterion for applying to and participating in the Black Infant Health Program.

This motion is made subject to L.R. 7-3, which exempts F.R.C.P 65 motions for preliminary relief from the "Conference of Counsel" requirement.

**MOTION**

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiff Erica Jimenez moves for a preliminary injunction ordering Defendants from implementing the racial eligibility criterion for applying to and participating in the Black Infant Health Program while this case is pending. The Motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the supporting declarations; all pleadings and papers filed in this action; and such additional papers, evidence, and argument as may be presented at or in connection with the hearing. Plaintiffs request that the bond be waived or set in the amount of $1.00.

DATED: April 13, 2026.

Respectfully submitted,

ANDREW R. QUINIO
SAMANTHA R. ROMERO-DREW
Pacific Legal Foundation

By s/ *Andrew R. Quinio*
ANDREW R. QUINIO

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Plaintiff Erica Jimenez, certifies that Plaintiffs' Notice of Motion and Motion for Preliminary Injunction will be served via personal service along with the Complaint, Summons, and all other recent court filings in this case. A proof of service will be filed upon completion service.

DATED: April 13, 2026.

By s/ *Andrew R. Quinio*
ANDREW R. QUINIO