UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-03500-SPG-SP | Date | May 5, 2026 |
| Title | Erica Jimenez et al v. Dr. Erica Pan et al | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:    (IN CHAMBERS) ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION [ECF NO. 22]**

Before the Court is the parties' jointly filed Stipulation to Extend Time to Respond to the Complaint and Motion for Preliminary Injunction, (ECF No. 22 ("Stipulation")).

The parties request a continuance for certain deadlines in the case based on the availability of counsel and the date of service of the Complaint, (ECF No. 1 ("Complaint")) and Motion for Preliminary Injunction, (ECF No. 13 ("Motion")), on Defendants Dr. Erica Pan, in her official capacity as the Director of California Department of Public Health; the Los Angeles County Department of Public Health; Dr. Barbara Ferrer, in her official capacity as the Director of the Los Angeles County Department of Public Health; the Pasadena Public Health Department; and Manuel Carmona, in his official capacity as Director of Public Health for the Pasadena Public Health Department ("Defendants"). (Stipulation at 2).

Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation. The Court ORDERS as follows:

1.     The deadline for Defendants to respond to Plaintiff Erica Jimenez's ("Plaintiff") Motion for Preliminary Injunction is set for May 6, 2026.
2.     The deadline for Plaintiff to file a Reply in support of her Motion is set for May 13, 2026.
3.     The hearing for the Motion is continued from May 13, 2026, to May 27, 2026 at 1:30 p.m.
4.     The deadline for Defendants to file an answer or otherwise respond to the Complaint is continued from May 5, 2026, to July 8, 2026.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:26-cv-03500-SPG-SP | Date | May 5, 2026 |
|---|---|---|---|
| Title | Erica Jimenez et al v. Dr. Erica Pan et al | | |

5.  The deadline for Plaintiff to oppose any motion Defendants may file in response to the Complaint is set for July 29, 2026.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    pg