ROB BONTA
Attorney General of California
JENNIFER G. PERKELL, SBN 203205
Supervising Deputy Attorney General
JENNIFER A. BUNSHOFT, SBN 197306
JENNIFER C. ADDAMS, SBN 209355
JOSÉ PABLO GALÁN DE LA CRUZ, SBN 339970
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3377
 Fax:  (415) 703-1107
 E-mail:  Jennifer.Bunshoft@doj.ca.gov
*Attorneys for Defendant Dr. Erica Pan, in her
official capacity as Director of the California
Department of Public Health*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ERICA JIMENEZ, individually and on behalf of a class of similarly situated individuals,**<br><br>Plaintiff,<br><br>v.<br><br>**DR. ERICA PAN, in her official capacity as Director of the California Department of Public Health; DR. BARBARA FERRER, in her official capacity as Director of the Los Angeles County Department of Public Health; MANUEL CARMONA, in his official capacity as the Director of Public Health for the Pasadena Public Health Department; LOS ANGELES COUNTY DEPARTMENT OF PUBLIC HEALTH; and PASADENA PUBLIC HEALTH DEPARTMENT,**<br><br>Defendants. | 2:26-cv-03500-SPG-SP<br><br>**AMENDED CERTIFICATE OF COMPLIANCE FOR DEFENDANT DIRECTOR OF THE CALIFORNIA DEPARTMENT OF PUBLIC HEALTH ERICA PAN'S CORRECTED OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:        May 27, 2026<br>Time:        1:30 p.m.<br>Courtroom:   5C<br>Judge:       The Honorable Sherilyn Peace Garnett<br><br>Trial Date:<br>Action Filed: 4/02/2026 |

1

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendant Dr. Erica Pan, in her official capacity as Director of the California Department of Public Health, certifies that the length of the corrected opposition brief, separately filed on this same date, is 25 pages, which:

__ complies with the word limit of L.R. 11-6.1.

_X_ complies with the page limit set by the Court's Standing Order for Newly Assigned Civil Cases, consistent with L.R. 11-6.1.

Dated:  May 7, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JENNIFER G. PERKELL
Supervising Deputy Attorney General
JENNIFER C. ADDAMS
Deputy Attorney General
JOSÉ PABLO GALÁN DE LA CRUZ
Deputy Attorney General

*Jennifer Bunshoft*

JENNIFER A. BUNSHOFT
Deputy Attorney General
*Attorneys for Defendant Dr. Erica Pan, in her official capacity as Director of the California Department of Public Health*

2

# CERTIFICATE OF SERVICE

Case Name:  **Erica Jimenez v Dr. Erica Pan, et al.**          No.   **2:26-cv-03500**

I hereby certify that on <u>May 7, 2026,</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**AMENDED CERTIFICATE OF COMPLIANCE FOR DEFENDANT DIRECTOR OF THE CALIFORNIA DEPARTMENT OF PUBLIC HEALTH ERICA PAN'S CORRECTED OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>May 7, 2026</u>, at Los Angeles, California.

| J. Sissov | /s/ J. Sissov |
|-----------|---------------|
| Declarant | Signature |

LA2026301941