UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-03500-SPG-SP | Date | July 8, 2026 |
| Title | Erica Jimenez et al v. Dr. Erica Pan et al | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding: (IN CHAMBERS) ORDER GRANTING STIPULATION TO FURTHER CONTINUE DEADLINE TO RESPOND TO COMPLAINT [ECF NO. 37]**

Before the Court is the parties' jointly filed Stipulation to Further Continue Deadline to Respond to Complaint, (ECF No. 37 ("Stipulation")). The parties request that the Court continue Defendants Dr. Erica Pan, in her official capacity as the Director of California Department of Public Health; the Los Angeles County Department of Public Health; Dr. Barbara Ferrer, in her official capacity as the Director of the Los Angeles County Department of Public Health; the Pasadena Public Health Department; and Manuel Carmona's, in his official capacity as Director of Public Health for the Pasadena Public Health Department ("Defendants") deadline to respond to Plaintiff Erica Jimenez's Complaint, (ECF No. 1), pending ruling on Plaintiff's Motion for Preliminary Injunction, (ECF No. 13), or to August 24, 2026, whichever is earlier.

Upon review of the Stipulation and finding good cause therefor, the Court GRANTS the Stipulation. Defendants' deadline to respond to the Complaint is continued from July 8, 2026, to twenty-one (21) days after the Court issues its ruling on Plaintiff's Motion for Preliminary Injunction or August 24, 2026, whichever is earlier.

**IT IS SO ORDERED.**

_________ : _________

Initials of Preparer pg