ROB BONTA
Attorney General of California
JENNIFER G. PERKELL
Supervising Deputy Attorney General
JENNIFER A. BUNSHOFT, SBN 197306
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3377
Fax: (415) 703-1107
E-mail: Jennifer.Bunshoft@doj.ca.gov
*Attorneys for Defendant Dr. Erica Pan in her official capacity as Director of the California Department of Public Health*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **ERICA JIMENEZ, individually and on behalf of a class of similarly situated individuals,**<br><br>Plaintiff,<br><br>**v.**<br><br>**DR. ERICA PAN, in her official capacity as Director of the California Department of Public Health; DR. BARBARA FERRER, in her official capacity as Director of the Los Angeles County Department of Public Health; MANUEL CARMONA, in his official capacity as the Director of Public Health for the Pasadena Public Health Department; LOS ANGELES** | Case No. 2:26-cv-03500<br><br>**STIPULATION TO CONTINUE HEARING AND BRIEFING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER**<br><br>Judge: The Honorable Sherilyn Peace Garnett<br><br>Action Filed: 4/02/2026 |

**COUNTY DEPARTMENT OF PUBLIC HEALTH; and PASADENA PUBLIC HEALTH DEPARTMENT,**

Defendants.

Defendants Dr. Erica Pan, in her official capacity as the Director of California Department of Public Health, the Los Angeles County Department of Public Health, and Dr. Barbara Ferrer, in her official capacity as the Director of the Los Angeles County Department of Public Health, the Pasadena Public Health Department, and Manuel Carmona, in his official capacity as Director of Public Health for the Pasadena Public Health Department (Defendants), and Plaintiff Erica Jimenez (Plaintiff) (collectively, the "Parties"), through their respective counsel of record, hereby stipulate and request an Order as follows:

**RECITALS**

1. Defendants filed motions to dismiss for lack of jurisdiction under Federal Rule of Civil Procedure 12(b)(1) on August 24, 2026. Dkt. 39 - 43. The motions to dismiss are scheduled for hearing on October 28, 2026. Dkt. 53.

2. Plaintiff filed her motion for class certification on September 18, 2026. See Dkt. 51 through 51-9, to be heard on November 18, 2026.

3. The Parties have met and conferred regarding Defendants' request to continue the briefing schedule and hearing on the motion for class certification in light of the pending motions to dismiss.

4. The Parties agree to request that the hearing on the class certification motion be continued to February 24, 2027, with Defendants' oppositions due on January 20, 2027, Plaintiff's reply due on February 3, 2027.

5. The Parties further agree that if the Court has not issued an order on the pending motions to dismiss by December 9, 2026, the Parties will meet and confer

on dates for a further continuance of the briefing schedule and hearing on the class certification motion, and file a stipulation for further continuance.

6. The Parties also agree that, by entering into this stipulation, they are not waiving their rights to seek a further continuance of the briefing schedule and hearing on the class certification motion, including in the event that they determine that class discovery is needed and cannot be completed without a continuance.

7. By this stipulation, Plaintiff's class certification motion remains filed and pending, and Plaintiff is not withdrawing the motion or staying class-certification proceedings pending resolution of the motions to dismiss; rather, Plaintiff is agreeing to continue the hearing and modify the briefing schedule.

Accordingly, the Parties stipulate and request an Order as follows:

**STIPULATION**

1. The hearing on the class certification motion will be continued to February 24, 2027, with Defendants' oppositions due on January 20, 2027, and Plaintiff's reply due on February 3, 2027.

2. If the Court has not issued an order on the pending motions to dismiss by December 9, 2026, the Parties will meet and confer on dates for a further continuance of the briefing schedule and hearing on the class certification motion, and file a stipulation for further continuance.

3. The Parties are not waiving their rights to seek a further continuance of the briefing schedule and hearing on the class certification motion, including in the event they determine that class discovery is needed and cannot be completed without a continuance.

4. Plaintiff's Motion for Class Certification shall remain pending as filed. This stipulation and resulting order does not alter the filing date of the Motion, constitute its withdrawal, or stay class-certification proceedings pending resolution of Defendants' motions to dismiss.

IT IS SO STIPULATED.

Dated: October 5, 2026

By: /s/ Jennifer A. Bunshoft
Jennifer A. Bunshoft
Office of the Attorney General
*Counsel for Defendant Dr. Erica Pan, in her official capacity as Director of the California Department of Public Health*

Dated: October 5, 2026

By: /s/ Steven G. Williamson
Amnon G. Siegel
Steven Williamson
Miller Barondess, LLP
*Counsel for Defendants Los Angeles County Department of Public Health, Dr. Barbara Ferrer, in her official capacity as the Director of the Los Angeles County Department of Public Health*

Dated: October 5, 2026

By: /s/ Amanda M. Cusick
Amanda M. Cusick
Pasadena City Attorney's Office
*Counsel for Defendants Pasadena Public Health Department, and Manuel Carmona, in his official capacity as Director of Public Health for the Pasadena Public Health Department*

Dated: October 5, 2026

By: /s/ Andrew R. Quinio
Andrew R. Quinio
Samantha Romero-Drew
Pacific Legal Foundation
*Counsel for Plaintiff Erica Jimenez*

## ATTESTATION OF COUNSEL

Pursuant to Local Rule 5-4.3.4, the undersigned hereby attests that all other signatories listed on this document concur in the filing's content and have authorized this filing.

*/s/ Jennifer A. Bunshoft*

LA2026301941

# CERTIFICATE OF SERVICE

Case Name: **Erica Jimenez v Dr. Erica Pan, et al.** No. **2:26-cv-03500-SPG-SP**

I hereby certify that on **October 5, 2026,** I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO CONTINUE HEARING AND BRIEFING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION;**

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING AND BRIEFING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION [ECF NO. 54]**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **October 5, 2026,** at Los Angeles, California.

| | |
|---|---|
| A. Trujillo | */s/ A. Trujillo* |
| Declarant | Signature |

LA2026301941
68777631