**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **ERICA JIMENEZ, individually and on behalf of a class of similarly situated individuals,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DR. ERICA PAN, in her official capacity as Director of the California Department of Public Health; DR. BARBARA FERRER, in her official capacity as Director of the Los Angeles County Department of Public Health; MANUEL CARMONA, in his official capacity as the Director of Public Health for the Pasadena Public Health Department; LOS ANGELES COUNTY DEPARTMENT OF PUBLIC HEALTH; and PASADENA PUBLIC HEALTH DEPARTMENT,**<br><br>**Defendants.** | Case No. 2:26-cv-03500<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING AND BRIEFING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION [ECF NO. 54]** |

On October 5, 2026, Plaintiff and Defendants (collectively, the "Parties") filed their filed their Stipulation To Continue Hearing and Briefing on Plaintiff's Motion for Class Certification ("Stipulation"), which is presently set for hearing on November 18, 2026 at 1:30 p.m.

The Court, having considered the Parties' Stipulation, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The hearing on Plaintiff's Motion for Class Certification is continued to February 24, 2027, with Defendants' oppositions due on January 20, 2027, and Plaintiff's reply due on February 3, 2027.

2. If the Court has not issued an order on Defendants' pending Motions to Dismiss by December 9, 2026, the Parties shall meet and confer on dates for a further continuance of the briefing schedule and hearing on the Motion for Class Certification, and file a stipulation for further continuance.

3. This order does not preclude the Parties from seeking a further continuance of the briefing schedule and hearing on the Motion for Class Certification, including in the event they determine that class discovery is needed and cannot be completed without a continuance.

4. Plaintiff's Motion for Class Certification shall remain pending as filed. This order does not alter the filing date of the Motion, constitute its withdrawal, or stay class-certification proceedings pending resolution of Defendants' Motions to Dismiss.

IT IS SO ORDERED.

Dated:

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE