**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ERICA JIMENEZ, individually and on behalf of a class of similarly situated individuals,

Plaintiff,

v.

DR. ERICA PAN, in her official capacity as Director of the California Department of Public Health, et al.,

Defendants.

Case No. 2:26-cv-03500-SPG-SP

**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS [ECF NO. 56]**

Before the Court is the parties' Joint Stipulation to Continue Hearing on Defendants' Motions to Dismiss (ECF No. 56 ("Stipulation")). Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS the hearing on Defendants' Motions to Dismiss (ECF Nos. 39 and 40) shall be continued to November 18, 2026, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: October 20, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE